# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

MEMORANDUM ENDORSED

October 2, 2026

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Letter Motion: Second Extension of Time Request**

**Re: Claudia Mustafa v. Comm'r of SSA 1:26-cv-03644-JLR-GWG**

Dear Honorable Judge Gorenstein:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on October 4, 2026. Plaintiff therefore writes to respectfully request that the date for Plaintiff's brief be extended 45 days, through and including November 18, 2026. Plaintiff's counsel makes this request due to workload and does not make this request for purposes of delay. The Defendant has given consent and has requested an additional 45 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due November 18, 2026;
- Defendant's Response Brief due January 2, 2027;
- Plaintiff's Reply Brief, if any, due January 16, 2027.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Kristina Danielle Cohn, Esq. (Via ECF)
Attorney for Defendant.

The administrative record in this matter was filed on July 6, 2026. Plaintiff is effectively seeking more than 5 months to file her brief while the federal rules contemplate a 30-day period. Strangely, the proposed schedule gives the Government less time (45 days) that it had in the prior order (60 days) to file its brief. The Court questions if this is what the Government meant when it said it would consent to plaintiff's request as long as the Government got an "additional" 45 days from the filing of Plaintiff's brief. All this being said, the Court will reluctantly approve the following schedule. Plaintiff's brief shall be due November 9, 2026. The Government's brief shall be due January 8, 2027. Any reply shall be filed by January 22, 2027. There will be no further extensions.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 7, 2026